# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use **only** in the District of Arizona.
Instructions

| I. (a) PLAINTIFFS [Add New Plaintiff] | DEFENDANTS [Add New Defendant] |
|---|---|
| Ashley Wilkeyson    Edit  Delete | Healthcare Revenue Recovery Group LLC    Edit  Delete |
| **(b)** County of Residence of First Listed Plaintiff: Maricopa | County of Residence of First Listed Defendant: Maricopa |
| County Where Claim for Relief Arose: Maricopa ||
| **(c)** Plaintiff's Attorney [Add New PLA Attorney] | Defendant's Attorney *(If known)* [Add New DFT Attorney] |
| Attorney Beth K. Findsen    Edit  Delete | |

☐ Check here if you are filing a motion to proceed in forma pauperis

**II. Basis of Jurisdiction**
*(Select from drop menu below)*
[3. Federal Question (U.S. not a party) ▼]

**III. Citizenship of Principal Parties** *(Diversity cases only)*
*PLAINTIFF*
[N/A ▼]
*DEFENDANT*
[N/A ▼]

**IV. Origin**
*(Select from drop menu below)*
[1. Original Proceeding ▼]

**V. Nature of Suit** *(Select one box)*

| Contract | Torts | Civil Rights | Other Statutes |
|---|---|---|---|
| ○ 110 Insurance | **Personal Injury:** | ○ 440 Other Civil Rights | ○ 375 False Claims Act |
| ○ 120 Marine | ○ 310 Airplane | ○ 441 Voting | ○ 400 State Reapportionment |
| ○ 130 Miller Act | ○ 315 Airplane Product Liability | ○ 442 Employment | ○ 410 Antitrust |
| ○ 140 Negotiable Instrument | ○ 320 Assault, Libel & Slander | ○ 443 Housing/Accommodations | ○ 430 Banks & Banking |
| ○ 150 Recovery of Overpayment & Enforcement of Judgment | ○ 330 Federal Employers' Liability | ○ 445 Amer. w/Disabilities - Employment | ○ 450 Commerce/ICC Rates/ etc |
| ○ 151 Medicare Act | ○ 340 Marine | | ○ 460 Deportation |
| ○ 152 Student Loan -non VA | ○ 345 Marine Product Liability | ○ 446 Amer. w/Disabilities - Other | ○ 470 RICO |
| ○ 153 Recovery of VA Benefits | ○ 350 Motor Vehicle | ○ 448 Education | ● 480 Consumer Credit |
| ○ 160 Stockholder Suits | ○ 355 Motor Vehicle Product | | ○ 490 Cable/Sat TV |
| | | | ○ 850 |

- ○ 190 Other Contract
- ○ 195 Contract Product Liability
- ○ 196 Franchise

### Real Property
- ○ 210 Land Condemnation
- ○ 220 Foreclosure
- ○ 230 Rent Lease & Ejectment
- ○ 240 Torts to Land
- ○ 245 Tort Product Liability
- ○ 290 Other Real Property

### Bankruptcy
- ○ 422 Appeal 28 USC 158
- ○ 423 Withdrawal 28 USC 157

### Property Rights
- ○ 820 Copyrights
- ○ 830 Patent
- ○ 835 Patent - Abbreviated New Drug Application
- ○ 840 Trademark

Liability
- ○ 360 Other Personal Injury
- ○ 362 Med. Malpractice
- ○ 365 Personal Injury - Product Liability
- ○ 367 Health Care/Pharmaceutical Personal Injury Product Liability
- ○ 368 Asbestos Personal Injury Product Liability

**Personal Property:**
- ○ 370 Other Fraud
- ○ 371 Truth in Lending
- ○ 380 Other Personal Property Damage
- ○ 385 Property Damage Product Liability

### Immigration
- ○ 462 Naturalization Application
- ○ 465 Other Immigration Actions

### Forfeiture/Penalty
- ○ 625 Drug Related Seizure of Property 21 USC 881
- ○ 690 Other

### Prisoner Petitions
**Habeas Corpus:**
- ○ 463 Alien Detainee
- ○ 510 Motions to Vacate Sentence
- ○ 530 General
- ○ 535 Death Penalty

**Other:**
- ○ 540 Mandamus & Other
- ○ 550 Civil Rights
- ○ 555 Prison Condition
- ○ 560 Civil Detainee - Conditions of Confinement

### Labor
- ○ 710 Fair Labor Standards Act
- ○ 720 Labor/Mgmt. Relations
- ○ 740 Railway Labor Act
- ○ 751 Family and Medical Leave Act
- ○ 790 Other Labor Litigation
- ○ 791 E.R.I.S.A.

Securities/Commodities/Exchange
- ○ 890 Other Statutory Actions
- ○ 891 Agricultural Acts
- ○ 893 Environmental Matters
- ○ 895 Freedom of Information Act
- ○ 896 Arbitration
- ○ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ○ 950 Constitutionality of State Statute

### Social Security
- ○ 861 HIA (1395ff)
- ○ 862 Black Lung (923)
- ○ 863 DIWC/DIWW (405(g))
- ○ 864 SSID Title XVI
- ○ 865 RSI (405(g))

### Federal Tax Suits
- ○ 870 Taxes US Plaintiff or Defendant
- ○ 871 IRS Third Party 26 USC 7609

| | |
|---|---|
| Is this a removal from state court? | No ▼ |

**VI. Cause of Action** (CITE THE U. S. STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

15 U.S. § 162e et. seq. Unlawful debt collection practices

| | | | |
|---|---|---|---|
| **VII. Requested in Complaint** | ○ Class Action Under FRCP 23<br>◉ Not Class Action | **Demand** | **Jury Demand** (requested in Complaint)<br>◉ Yes ○ No |
| **VIII. This Case** | is related to case number _____, assigned to Judge _____. | | |

DATE: 7/9/19     SIGNATURE OF ATTORNEY OF RECORD:

/s/ Beth K. Findsen

[ Generate JS-44 ]  [ Reset Form ]