# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ashley Wilkeyson, | No. CV-19-04661-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| Healthcare Revenue Recovery Group LLC, | |
| Defendant. | |

The Court has considered the Stipulation for Dismissal with Prejudice.

IT IS ORDERED dismissing this case with prejudice each party to bear its own fees and costs.

Dated this 18th day of October, 2019.

_____
Susan R. Bolton
United States District Judge